United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE D. ROCHA SANTIAGO, "Plaintiff," | § | |
| v. | § | Civil Action No. 1:25-cv-00007 |
| JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, "Defendant." | § | |

**ORDER**

Before the Court are Defendant's "Motion for Summary Judgment" (Dkt. No. 27) and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 35) ("Report and Recommendation").

The Report and Recommendation was published on September 17, 2026, and objections to the Report and Recommendation were due on October 1, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 35) is **ADOPTED**. Thus, Defendant's Motion for Summary Judgment (Dkt. No. 27) is **GRANTED**. The Clerk of Court is **ORDERED** to close this case.

SIGNED this October 5, 2026

Rolando Olvera
United States District Judge